IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADIN MELENDEZ AND LUIS ENCINO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 2:08-CV-01127-RRA ) |
| HABANEROS, INC., ET AL., | ) ) |
| Defendant. | ) |

**Memorandum Opinion**

Presently before the court is the Defendants' motion, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss this action. (Doc. 10.) The magistrate issued a report and recommendation on December 17, 2008, and recommended that the motion be denied. The time for filing objections to said report has now expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this the 5th day of January, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE