IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADIN MELENDEZ AND LUIS ENCINO, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 2:08-CV-01127-RRA ) |
| HABANEROS, INC., ET AL., | ) ) |
| Defendant. | ) |

## Memorandum Opinion

(Plaintiff's Motion to Certify Collective Action or, in the Alternative, to Grant Conditional Certification, and to Order Conditional Certification, and to Order Issuance of Notice to Class Members, ct. doc. 31)

Presently before the court is the Plaintiff's Motion to Certify Collective Action or, in the Alternative, to Grant Conditional Certification, and to Order Conditional Certification, and to Order Issuance of Notice to Class Members. (Doc. 31.) On November 5, 2009, the magistrate recommended that the motion be DENIED. The time for objections has expired and no party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that the plaintiffs have failed to carry their burden of showing that other employees desire to opt into the action and that such employees are similarly situated. Accordingly, the motion is due to be DENIED. An appropriate order will be entered.

DONE this 23rd day of November, 2009.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE